**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ASHLEY MARIE MURRAY**                                    **PLAINTIFF**

**V.**                          **No. 4:21-CV-00057-ERE**

**COMMISSIONER OF SOCIAL SECURITY**                 **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, judgment is entered for the Commissioner and this case is closed.

IT IS SO ORDERED this 22nd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE